IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LESLIE ANN CISLER** : | |
| : | Case No. 2:20-cv-3072 |
| **Plaintiff,** : | |
| : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | Magistrate Judge Chelsey M. Vascura |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY** : | |
| : | |
| **Defendant.** : | |

## OPINION & ORDER

This matter comes before the Court on Magistrate Judge Vascura's Report and Recommendation recommending that the Plaintiff's Statement of Errors be overruled, and the Commissioner of Social Security's decision be affirmed. (ECF No. 9). The Report and Recommendation advised the parties that the failure to object within the applicable time period results in a waiver of the right to have the district judge review the Report and Recommendation de novo. The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (*Id.*). Plaintiff's Statement of Errors, (ECF No. 7) is **OVERRULED**, and the Commissioner's decision is **AFFIRMED**. (ECF No. 9).

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: January 28, 2021**